IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

WELLS FARGO BANK, NATIONAL ASSOCIATION,
successor by merger to Wachovia Bank,
National Association

        Plaintiff,

v.        Case No. 1:12-cv-00664-LMB-IDD

BARBRANDA WALLS,

        Defendant.

## NOTICE OF FILING

Plaintiff Wells Fargo Bank, N.A., successor ("Wells Fargo"), by counsel, hereby provides notice of the filing under seal with the Clerk of Court of certain unredacted privileged and confidential documents previously filed as Exhibits 2 and 3 to Plaintiff's Memorandum and Verified Affidavit in Support of Motion for Attorneys' Fees and Costs [Dkt. No. 50].

These documents are filed under seal in accordance with the Order of the Court dated January 16, 2013 [Dkt. No. 53].

        **WELLS FARGO BANK, NATIONAL ASSOCIATION**,
        successor by merger to Wachovia Bank, National
        Association


        By: /s/ Alison W. Feehan
                Counsel

**KUTAK ROCK LLP**
Loc Pfeiffer, VSB No. 39632
Alison W. Feehan, VSB No. 35225
1111 East Main Street, Suite 800
Richmond, VA 23219
Telephone: (804) 644-1700
Loc.Pfeiffer@KutakRock.com
Alison.Feehan@KutakRock.com
*Counsel for Wells Fargo Bank, National Association*

## CERTIFICATE OF SERVICE

       Pursuant to the Local Rules of this Court, I hereby certify under penalty of perjury that on January 22, 2013, a true and correct copy of the foregoing Notice of Filing (without sealed documents) was served via U.S. mail and electronic mail to:

Barbranda Walls
6259 Alforth Avenue
Alexandria, Virginia 22315
Hwalls007@aol.com

                                                      /s/ Alison W. Feehan
                                                                Counsel